MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 12, 2022

**BY CM/ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States* v. *Jeffrey Spina*, 18 Cr. 625 (KMK)

Dear Judge Karas:

    Last week, the Court set a new sentencing date for defendant Jeffrey Spina for October 11, 2022. Due to a scheduling conflict, the Government respectfully writes, with the consent of defense counsel, to request that the Court reschedule sentencing in this matter for October 28, 2022 at 11:30 a.m. The parties understand that the Court is available at that date and time based on correspondence earlier today with Chambers.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

              By: _____
                     Nicholas S. Bradley
                     Assistant United States Attorney
                     (212) 637-1581

cc:    James Monroe, Esq. (by ECF)

*Granted.*

SO ORDERED _____
          KENNETH M. KARAS U.S.D.J.
                9/13/2022