Case 7:18-cr-00625-KMK   Document 179-3   Filed 09/23/22   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY SPINA

18 CR 625-02 (KMK)

**WRIT OF ATTACHMENT**

**559 GUYMARD TURNPIKE, MIDDLETOWN, NEW YORK 10940**

TO THE UNITED STATES MARSHAL, DEPUTIES, AND AGENTS:

An Application for Writ of Attachment seeking property belonging to or due Defendant JEFFREY SPINA was filed with this Court to secure payment of a claim for a debt to the United States in this matter. As of September 23, 2022, the amount of the claim for a debt asserted by the United States is $9,760,555.20.

YOU ARE HEREBY COMMANDED to secure the claim for a debt by levying on property in which JEFFREY SPINA has a substantial nonexempt interest (not to exceed property reasonably equivalent in value to the aggregate amount of the claimed debt and costs), by posting the writ upon the following premises: 559 GUYMARD TURNPIKE, MIDDLETOWN, NEW YORK 10940. *See* 28 U.S.C. §§ 3102(d)-(e). In performing the levy, you may use reasonable force to enter the premises as needed to post the writ on the property.

YOU ARE FURTHER COMMANDED to make a written return to the Court by filing a copy of the notice of levy in accordance with 28 U.S.C. § 3102 after serving a copy of the writ and notice levy on JEFFREY SPINA and the person(s) having possession of the property subject to the writ, specifying the property on which levy is made, the date on which levy is made, and the USMS costs, expenses, and fees. Pursuant to 28 U.S.C. § 3102(j), on entry of judgment for the United

States, the Court may order the sale of the property levied on to the extent necessary to satisfy the judgment. At this time, however, you are not to take custody or schedule a sale of the property.

Signed this __28__ day of __September__, 2022.

_____
UNITED STATES DISTRICT JUDGE