UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY SPINA,

          Defendant,

and

FS INVESTMENTS,

          Garnishee.

18 CR 625-02 (KMK)

**WRIT OF GARNISHMENT**

TO: FS INVESTMENTS
     Legal Department
     201 Rouse Blvd
     Philadelphia, PA 19112

     An Application for Writ of Garnishment seeking property belonging to or due Defendant JEFFREY SPINA was filed with this Court to secure payment of a claim for a debt to the United States in this matter. As of September 23, 2022, the amount of the claim for a debt asserted by the United States is $9,760,555.20.

     Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest and for which you are or may become indebted to the Defendant, excluding earnings. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c)(2)(F). Property that is exempt and not subject to this Writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id*.

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold or will hold substantial nonexempt property for JEFFREY SPINA. If you are represented by counsel who is an Electronic Case Files ("ECF") system user in the Southern District of New York, your attorney may file your Answer electronically in ECF. Otherwise, mail or deliver the original answer to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c). A sample Answer Form is enclosed for your convenience.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court to answer this Writ and withhold property before the appearance date. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c)(6). If you fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United States. *Id.*

Signed this \_\_\_28th\_\_\_ day of \_\_\_September\_\_\_, 2022.

_____
UNITED STATES DISTRICT JUDGE