# Dupée & Monroe P.C.

## Attorneys at Law

JON CHARLES DUPÉE (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

October 21, 2022

**Via: ECF**
The Honorable Kenneth M. Karas
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> RE: UNITED STATES v. JEFFREY SPINA
> 18-CR-625 (KMK)

Dear Judge Karas:

Our law firm has the privilege of representing the defendant Jeffrey Spina. Yesterday your writer met at length with the defendant concerning our sentencing submission.

Based upon our discussions with our client, we would like to make some additions/amendments to our submission and afford the Government with an opportunity to respond. Defendant is requesting a two week extension of his sentencing date.

Defendant's dealings with the Government continue to be entirely collaborative and defendant makes this request for a short extension of time in the spirit of submitting to the Court a well-drafted sentencing submission. The Government has no objection to defendant's request.

Thank you.

*Denied. This sentence has been adjourned several times and counsel have had plenty of time to prepare for it.*

*So Ordered.*
*[signature] JEM/mb   10/21/22*

Very truly yours,

JAMES E. MONROE

cc: U.S. Department of Justice
United States Attorney/Southern District of New York
United States District Courthouse
300 Quarropas St.
White Plains, NY 10601
Attn: Nicholas Bradley, Asst. U.S. Attorney
**Email**: nicholas.bradley2@usdoj.gov

Pretrial Services
U.S. Department of Justice
United States Attorney/Southern District of New York
United States District Courthouse
300 Quarropas St.
White Plains, NY 10601
Attention: Officer Jessica Killian
**Via Email**: jessica_killian@nyspt.uscourts.gov

Probation Officer Jemmard Thomas
**Via Email**: jemmard_thomas@nysp.uscourt.gov