UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA, :
:
    - v. - : CONSENT PRELIMINARY ORDER
: OF FORFEITURE/
JEFFREY SPINA, : MONEY JUDGMENT
:
: 18 Cr. 625 (KMK)
    Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about August 29, 2018, JEFFREY SPINA (the "Defendant"), among others, was charged in a three-count Indictment 18 Cr. 625 (KMK) (the "Indictment") with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One); health care fraud, in violation of Title 18, United States Code, Section 1347 (Count Two); and obstruction of a federal audit, in violation of Title 18, United States Code, Section 1516 (Count Three);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), of any and all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

        WHEREAS, on or about July 26, 2019, the Defendant pled guilty to Counts One, Two, and Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), a sum of money in United States currency, representing proceeds traceable to the commission of the offenses (charged in Counts One and Two of the Indictment);

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,872,150.04 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Nicholas S. Bradley, of counsel, and the Defendant, and his counsel, James Monroe, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,872,150.04 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JEFFREY SPINA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Tara M. LaMorte, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, Asset Forfeiture Coordinator, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     10/28/22
Nicholas S. Bradley                     DATE
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10601
(212) 637-1581

By: _____     10/28/22
JEFFREY SPINA                           DATE

By: _____     10/28/22
James Monroe, Esq.                      DATE
Dupee & Monroe P.C.
Attorney for Defendant
211 Main Street
Goshen, NY 10924

SO ORDERED:

_____          10/28/22
HONORABLE KENNETH M. KARAS              DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK